**Opinion issued May 17, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00964-CV

———————————

**BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC, AND HOUSTON BROAD BASED COMMUNITY CENTER, Appellants**

**V.**

**MAZEN JUMAA AND MJ MEDICAL INVESTMENT GROUP, LLC, Appellees**

———————————

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-09067**

———————————

**MEMORANDUM OPINION**

The parties, representing that all matters at issue have been resolved, have filed a joint motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.